**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**NOVEMBER 30, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6758**

In the Matter of                                    Case Number:

Darryl Mahaffey

v.

Officer R. Misner, and The Village of Homewood

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE MORAN**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| **NAME (Type or print)** Garrett W. Browne | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** s/ Garrett W. Browne | |
| **FIRM** Ed Fox & Associates | |
| **STREET ADDRESS** 300 W. Adams Street, Suite 330 | |
| **CITY/STATE/ZIP** Chicago, IL 60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6242592 | TELEPHONE NUMBER 312-345-8877 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐