07-30-4852                                                                                      ARDC No. 01144642

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DARRYL MAHAFFEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.   07 C 6758 |
| ) | |
| **P.O. R. MISNER, Individually, and** ) | Judge Moran |
| **THE VILLAGE OF HOMEWOOD,** ) | Magistrate Judge Cole |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING

TO:   Edward M. Fox, ED FOX & ASSOCIATES, 300 W. Adams, Suite 330, Chicago, IL 60606

     PLEASE TAKE NOTICE that on this <u>21st</u> day of <u>December</u>, 2007, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our WAIVER OF SERVICE OF SUMMONS ON VILLAGE OF HOMEWOOD, copies of which are attached hereto and served upon you.

                                                         /s/Russell W. Hartigan_____

## PROOF OF SERVICE BY ELECTRONIC MAIL

     The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this <u>21st</u> day of December, 2007.

                                                         /s/Russell W. Hartigan_____

SUBSCRIBED AND SWORN to before me this 21st day of December, 2007.

_____
     Notary Public

Russell W. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, Illinois 60601
(312) 201-8880