07-30-4852                                                                                              ARDC No. 01144642

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DARRYL MAHAFFEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 07 C 6758 |
| P.O. R. MISNER, Individually, and | ) Judge Moran |
| THE VILLAGE OF HOMEWOOD, | ) Magistrate Judge Cole |
| Defendants. | ) |

## JURY DEMAND

The undersigned, as Attorney for the Defendant, VILLAGE OF HOMEWOOD, a Municipal Corporation, demands trial by jury.

/s/Russell W. Hartigan_____
Attorney for Defendant(s)

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/Russell W. Hartigan _____
Attorney for Defendant(s)

Michael W. Dobbins, Clerk of the U.S. District Court, Northern District