07-30-4852   ARDC No. 01144642

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARRYL MAHAFFEY, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No.   07 C 6758 |
| | ) | |
| P.O. R. MISNER, Individually, and | ) | Judge Moran |
| THE VILLAGE OF HOMEWOOD, | ) | Magistrate Judge Cole |
| | ) | |
|     Defendants. | ) | |

### NOTICE OF FILING

TO:   Edward M. Fox and Garrett W. Browne, ED FOX & ASSOCIATES, 300 W. Adams, Suite 330, Chicago, IL 60606

PLEASE TAKE NOTICE that on this 4th day of January, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our APPEARANCE and JURY DEMAND and WAIVER OF SERVICE OF SUMMONS on behalf of Robert Misner, copies of which are attached hereto and served upon you.

/s/Russell W. Hartigan

### PROOF OF SERVICE BY ELECTRONIC MAIL

The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this 4th day of January, 2008.

/s/Russell W. Hartigan

SUBSCRIBED AND SWORN to before me this 4th day of January, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, Illinois 60601
(312) 201-8880