07-30-4852                                                          ARDC No. 01144642

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DARRYL MAHAFFEY,** ) | |
| Plaintiff, ) | |
| v. ) | No.   07 C 6758 |
| ) | |
| **P.O. R. MISNER, Individually, and** ) | Judge Moran |
| **THE VILLAGE OF HOMEWOOD,** ) | Magistrate Judge Cole |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Edward M. Fox, Garrett W. Browne, Leslie C. McCoy and Rachel M. Koch, ED FOX & ASSOCIATES, 300 W. Adams, Suite 330, Chicago, IL 60606

   PLEASE TAKE NOTICE that on this 10th day of January, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our **ANSWER**, copies of which are attached hereto and served upon you.

                                        /s/Russell W. Hartigan_____

**PROOF OF SERVICE BY ELECTRONIC MAIL**

   The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this 10th day of January, 2008.

                                        /s/Russell W. Hartigan_____

SUBSCRIBED AND SWORN to before me this 10th day of January, 2008.

_____
   Notary Public

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, Illinois 60601
(312) 201-8880