**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Date:                                    Case No.

Case Title:                              Judge:


**NOTICE OF CORRECTION**

**The following error was found in document no.**

      The document has been filed in the incorrect case.

      The document is filed in the correct case, but the case number and case title do not match.

      The incorrect document (PDF file) was linked to the entry

      The incorrect file date was entered.

      The incorrect type of event was used to describe the document.

      The title of the document does not match the text of the entry.

      The entry is a duplicate of entry no.

      Other:


**Corrective action taken by the Clerk:**

      The text of the entry has been edited and the PDF file has been replaced.

      The following notation has been added to the text  of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number.*)

      The correct document (PDF file) has been linked to the entry.

      The file date  has been corrected.

      The text of the entry has been edited.

      The text of the entry has been edited to read "Duplicate filing of document number."

      Other:


**Corrective action required by the filer:**

      The document must be refiled.

      Other:




Michael W. Dobbins, Clerk of Court

By:     s/_____
         Deputy Clerk