07-30-4852                                              ARDC No. 01144642

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DARRYL MAHAFFEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.   07 C 6758 |
| | ) |
| P.O. R. MISNER, Individually, and | ) Judge Moran |
| THE VILLAGE OF HOMEWOOD, | ) Magistrate Judge Cole |
| | ) |
| Defendants. | ) |

### NOTICE OF CHANGE OF FIRM NAME

    PLEASE TAKE NOTICE, that the law firm of HARTIGAN & CUISINIER P.C. will now be known as HARTIGAN & O'CONNOR P.C. effective April 1, 2008.  The address, facsimile number and phone number remain the same.

    Respectfully submitted,

    /s/Russell W. Hartigan

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & O'CONNOR P.C.
222 N. LaSalle Street, Suite 2140
Chicago, Illinois 60601
(312) 201-8880

07-30-4852                                                                ARDC No. 01144642

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DARRYL MAHAFFEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   07 C 6758 |
| ) | |
| P.O. R. MISNER, Individually, and ) | Judge Moran |
| THE VILLAGE OF HOMEWOOD, ) | Magistrate Judge Cole |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Edward M. Fox, Garrett W. Browne, Leslie C. McCoy and Rachel M. Koch, ED FOX & ASSOCIATES, 300 W. Adams, Suite 330, Chicago, IL 60606

PLEASE TAKE NOTICE that on this 25th day of April, 2008, we have caused to be filed with the Clerk of the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION, NOTICE OF CHANGE OF FIRM NAME, a copy of which is attached hereto and served upon you together with this Notice.

/s/Russell W. Hartigan

**PROOF OF SERVICE BY ELECTRONIC MAIL AND/OR VIA U.S. MAIL**

The undersigned, on oath states that he served this Notice, together with a copy of the Motion therein referred to, upon each party to whom it is directed, via electronic mail and/or by mailing same in properly addressed, postage paid envelopes and depositing same in the U.S. Mail chute at 222 North LaSalle Street, Chicago, Illinois at or about 5:00 p.m. on this on this 25th day of April, 2008.

/s/Russell W. Hartigan

[x]   Under penalties as provided by law pursuant to Ill.Rev.Stat. Chap. 110 Sec. 1-109, I certify that the statements set forth herein are true and correct.

/s/Russell W. Hartigan

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & O'CONNOR P.C.
222 N. LaSalle Street, Suite 2140
Chicago, Illinois 60601
(312) 201-8880