

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:     Russell W. Hartigan

FIRM:     HARTIGAN & O'CONNOR, PC

STREET ADDRESS:     20 North Clark Street, Suite 1250

CITY/STATE/ZIP:     Chicago, Illinois 60602

PHONE NUMBER:     312-201-8880

E-MAIL ADDRESS:     russhartigan@hartiganlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 01144642

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 05 C 1158 | Ahmad Nyene Morgan v. Village of Glencoe | Charles Norgle |
| 06 C 7194 | Nehemiyah Thurman v. Officer Doe, Officer Roe and the Village of Hazel Crest | Bucklo |
| 07 CV 1902 | Maria Puente v. Village of Park Forest, et al. | Bucklo and Geraldine Soat Brown |
| 07 CV 7232 | Lamar C. Chapman, III (pro se) v. Village of Hinsdale, Hinsdale Police Dept., and Unknown Others | Lindberg |

| 07 C 2711 | Bryant Green v. Village of Park Forest, and Park Forest Police Officers James Kessler, Jeffrey Devries and Brian Obremski, Individually | Hart |
|---|---|---|
| 07 C 5200 | Nicole Martucci v. Officer Steven Lonski and Village of Libertyille | Gottschall |
| 07 C 5049 | Rick Aleman v. Village of Hanover Park, Hanover Park Police Officers Carol Lussky, star 12, Eric Villanueva star 9, Todd Carlson star 126, John Dossey star 48, Illinois State Police Officers Joseph Micci star 3566, Steve Cardona star 3213, and Gery Fallon star 4060. | Bucklo |
| 07 C 4910 | Patrick Edwards v. Village of Park Forest, Officer Mannino and Officer Shulman | Judge Der-Yeghiayan |
| 07 CV 1679 | Terrence O'Malley v. Village of Oak Brook and Oak Brook Village President Kevin Quinlan, officially and individually, and P.O. Randall Mucha, individually | Judge Schenkier |
| 07 C 6758 | Darryl Mahaffey v. P.O. R. Misner, Individually and the Village of Homewood | Moran and Cole |
| 08 C 927 | Henry Bentley v. Village of Park Forest, and Park Forest Police Commander Steve Coe, and Police Officer Thomas Naughton | **Judge Manning and Magistrate Judge Ashman** |
| 08 C 869 | Village of Park Forest v. Thorncreek Apartments II, LLC and Atlantic Management Corporation, et al. | **Charles Norgle** |
| 08 C 1225 | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest et al. | **Hon. John W. Darrah and Magistrate Judge Martin C. Ashman** |
| 08 C 1568 | Aredus West v. P.O. J. Lewis, et al. | Judge Coar and Magistrate Judge Soat Brown |

_____
Attorney's Signature

6·30·08
_____
Date